IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LUIS SANTOS,<br>Defendant. | **I N F O R M A T I O N**<br><br>CRIMINAL NO. 16-797 (PAD)<br><br>VIOLATIONS:<br>8 U.S.C. § 1326(a)<br><br>(ONE COUNT) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 8 U.S.C. § 1326(a)
### (Reentry of Removed Aliens)

On or about September 19, 2016, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

### LUIS SANTOS

the defendant, being an alien previously removed from the United States, attempted to enter the United States without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security, to reapply for admission into the United States; all in violation of Title 8, *United States Code*, Section 1326(a).

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

_____
José Capó-Iriarte,
Assistant United States Attorney
Chief, Criminal Division

_f-r: Nick Smith_
Marshal D. Morgan,
Assistant United States Attorney
Chief, Crimes Against Children
and Human Trafficking Unit

_Nick Smith_
Nicholas G. Smith,
Special Assistant United States Attorney