**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **LUIS SANTOS,** Defendant. | **CRIMINAL NO. 16-797 (PAD)** |

## UNITED STATES' SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

### I. SENTENCING RECOMMENDATION

The United States and the Defendant entered a plea agreement under Rule 11(c)(1)(C) of the Federal Rule of Criminal Procedures. Both parties agree to recommend a sentence of six-months. The United States respectfully requests the court accept this agreement as it took into consideration the Defendant's history and the nature of the current offense.

### II. CONCLUSION

**WHEREFORE**, for all the aforementioned reasons, the United States of America respectfully requests that this Honorable Court takes notice of the aforementioned and sentences the defendant as recommended herein.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of March, 2017.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

//s// Nicholas G. Smith
**Nicholas G. Smith, # G-02417**
Special Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
Tel: 787-766-1901

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on March 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel of record.

//s// Nicholas G. Smith
**Nicholas G. Smith, # G-02417**
Special Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918
Tel: 787-766-1901